IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>6746 South Revere Pkwy Suite 135, Centennial, CO 80012, more fully described in Attachment A, attached hereto, and the person of Parker Wilson, and the vehicle, 2004 Nissan Pathfinder, CO plates (189PUU), registered to Parker Wilson, located at the property at the time of the search warrant execution | Case Number:   20-sw-00680-NRN<br><br>**Filed Under Restriction** |

## ORDER TO UNRESTRICT CASE
### (Doc. No. 5)

This matter comes before the Court on the Government's Motion to Unrestrict Case. Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same.

Accordingly, it is:

ORDERED that the Government's Motion is GRANTED.

IT IS FURTHER ORDERED that the documents subject to restriction be unrestricted.

SO ORDERED on this 12th day of June, 2020.

BY THE COURT:

*N. Reid Neureiter*
N. REID NEUREITER
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO